IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN PATRICK STREET,

    Plaintiff,

v.                                    Case No. 5:16cv4-MW/CJK

WARDEN ENGLISH, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 73. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Individual-Capacity Defendants' Consolidated Motion to Dismiss, ECF No. 68, is **GRANTED** and Plaintiff's claims are **DISMISSED** for failure to exhaust the administrative remedy process." The Clerk shall close the file.

**SO ORDERED on January 24, 2019.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**