**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BRIAN PATRICK STREET,**

    **Plaintiff,**

**v.**                                                 **Case No. 5:16cv4-MW/CJK**

**WARDEN ENGLISH, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 73. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Individual-Capacity Defendants' Consolidated Motion to Dismiss, ECF No. 68, is **GRANTED** and Plaintiff's claims are **DISMISSED** for failure to exhaust the administrative remedy process." The Clerk shall close the file.

**SO ORDERED on August 12, 2019.**

                                                                                      s/Mark E. Walker        
                                                                                      **Chief United States District Judge**

---

[1] This Court previously entered its Order Accepting Report and Recommendation on January 24, 2019. Judgment was entered by the Clerk. ECF Nos. 74 and 75. Plaintiff filed his *nunc pro tunc* motion to set aside the judgment on June 5, 2019, ECF No. 76, and this Court entered its order on June 6, 2019, withdrawing its Order Accepting Report and Recommendation and granting to Plaintiff an extension of time to July 12, 2019, in which to file any objection to the Magistrate's Report and Recommendation (ECF No. 73) ECF No. 77. Plaintiff has failed to file any objection and this Court now enters its order.